JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER, | Case No. CV 19-8259-DOC (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ALEX VILLANUEVA, Sheriff, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying Motions for Preliminary Injunction and Temporary Restraining Order, and Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: December 11, 2019

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1